CV 13 3448

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Hamid Hassan Raza, et al. | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. SCANLON, M.J. |
| City of New York, et al. | ) ) ) | |
| _Defendant_ | ) | |

CHEN, J.

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Raymond W. Kelly, in his official capacity as Police Commissioner for the City of New York
New York City Police Department
1 Police Plaza
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Hina Shamsi | Arthur N. Eisenberg | Ramzi Kassem |
| Nusrat J. Choudhury | Mariko Hirose | Diala Shamas |
| Patrick Toomey | New York Civil Liberties Union | CLEAR project |
| American Civil Liberties Union Foundation | 125 Broad Street, 19th Floor | Main Street Legal Services, Inc. |
| 125 Broad Street, 18th Floor | New York, NY 10004 | CUNY School of Law |
| New York, NY 10004 | | 2 Court Square |
| | | Long Island City, NY 11101 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
_CLERK OF COURT_

Date: 06/18/2013

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Hamid Hassan Raza, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No. **CHEN, J.** |
| City of New York, et al. | ) | |
| *Defendant* | ) **SCANLON, M.J.** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Cohen, in his official capacity as Deputy Commissioner of Intelligence for the City of New York
New York City Police Department
1 Police Plaza
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Hina Shamsi | Arthur N. Eisenberg | Ramzi Kassem |
| Nusrat J. Choudhury | Mariko Hirose | Diala Shamas |
| Patrick Toomey | New York Civil Liberties Union | CLEAR project |
| American Civil Liberties Union Foundation | 125 Broad Street, 19th Floor | Main Street Legal Services, Inc. |
| 125 Broad Street, 18th Floor | New York, NY 10004 | CUNY School of Law |
| New York, NY 10004 | | 2 Court Square |
| | | Long Island City, NY 11101 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

Date: 06/18/2013

*Signature of Clerk or Deputy Clerk*

CV 13 3448

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Hamid Hassan Raza, et al. | ) | **CHEN, J.** |
| *Plaintiff* | ) | |
| v. | ) Civil Action No. | |
| City of New York, et al. | ) | |
| *Defendant* | ) | **SCANLON, M.J.** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mayor Michael R. Bloomberg, in his official capacity as Mayor of the City of New York
c/o New York City Law Department
100 Church Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Hina Shamsi | Arthur N. Eisenberg | Ramzi Kassem |
| Nusrat J. Choudhury | Mariko Hirose | Diala Shamas |
| Patrick Toomey | New York Civil Liberties Union | CLEAR project |
| American Civil Liberties Union Foundation | 125 Broad Street, 19th Floor | Main Street Legal Services, Inc. |
| 125 Broad Street, 18th Floor | New York, NY 10004 | CUNY School of Law |
| New York, NY 10004 | | 2 Court Square |
| | | Long Island City, NY 11101 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

*CLERK OF COURT*

Date: 06/18/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Hamid Hassan Raza, et al. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| City of New York, et al. | ) ) | |
| *Defendant* | ) | |

CV 13 3448

CHEN, J.
SCANLON, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The City of New York
New York City Law Department
100 Church Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Hina Shamsi | Arthur N. Eisenberg | Ramzi Kassem |
| Nusrat J. Choudhury | Mariko Hirose | Diala Shamas |
| Patrick Toomey | New York Civil Liberties Union | CLEAR project |
| American Civil Liberties Union Foundation | 125 Broad Street, 19th Floor | Main Street Legal Services, Inc. |
| 125 Broad Street, 18th Floor | New York, NY 10004 | CUNY School of Law |
| New York, NY 10004 | | 2 Court Square |
| | | Long Island City, NY 11101 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: 06/18/2013

*Signature of Clerk or Deputy Clerk*