UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMID HASSAN RAZA; MASJID AL-ANSAR; ASAD DANDIA; MUSLIMS GIVING BACK; MASJID AT-TAQWA; MOHAMMAD ELSHINAWY,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF NEW YORK; MICHAEL R. BLOOMBERG, in his official capacity as Mayor of the City of New York; RAYMOND W. KELLY, in his official capacity as Police Commissioner for the City of New York; DAVID COHEN, in his official capacity as Deputy Commissioner of Intelligence for the City of New York,<br><br>    Defendants. | No. 13-cv-03448-PKC-JMA<br><br>Hon. Judge Pamela Chen |

### DECLARATION OF PATRICK TOOMEY, ESQ.

I, Patrick Toomey, a member of the Bar of New York and a member of the bar of this Court, declare under penalty of perjury as follows:

1.    I am a staff attorney with the American Civil Liberties Union Foundation, which is counsel for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' request for an Order to Show Cause permitting expedited discovery in support of a preliminary injunction.

2.    Attached hereto as **Exhibit A** is a true and correct copy of Defendants' September 10, 2013 Letter to Magistrate Judge Joan Azrack (Dkt. No. 11).

3. Attached hereto as **Exhibit B** is a true and correct copy of NYPD Intelligence Division, Analytics Unit PowerPoint Presentation, http://bit.ly/1alTs2A.

4. Attached hereto as **Exhibit C** is a true and correct copy of NYPD Intelligence Division, *Intelligence Report: Debriefing Initiative*, http://apne.ws/18Y7xlv.

5. Attached hereto as **Exhibit D** is a true and correct copy of Adam Goldman & Matt Apuzzo, *Informant: NYPD Paid Me to 'Bait' Muslims*, Assoc. Press, Oct. 23, 2012, http://bit.ly/1bSo1ye.

6. Attached hereto as **Exhibit E** is a true and correct copy of NYPD Intelligence Division, *Strategic Posture 2006*, http://bit.ly/1eEuSNV.

7. Attached hereto as **Exhibit F** is a true and correct copy of Technical Operations Unit Surveillance Request (Nov. 7, 2008), http://apne.ws/15fau4D.

8. Attached hereto as **Exhibit G** is a true and correct copy of NYPD Intelligence Division, Intelligence Analysis Unit, *Intelligence Note* (Oct. 16, 2006), http://apne.ws/16arHNb.

9. Attached hereto as **Exhibit H** is a true and correct copy of NYPD Intelligence Division, *Deputy Commissioner's Briefing* (Apr. 25, 2008), http://apne.ws/17MdnHI.

10. Attached hereto as **Exhibit I** is a true and correct copy of Adam Goldman & Matt Apuzzo, *NYPD Designates Mosques as Terrorism Organizations*, Assoc. Press, Aug. 28, 2013, http://bit.ly/15iOA9J.

11. Attached hereto as **Exhibit J** is a true and correct copy of Office of the Mayor, City of New York, *Proclamation*.

*   *   *

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

_____
Patrick Toomey

Dated: October 8, 2013
New York, New York