UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMID HASSAN RAZA; MASJID AL-ANSAR; ASAD DANDIA; MUSLIMS GIVING BACK; MASJID AT-TAQWA; MOHAMMAD ELSHINAWY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK; MICHAEL R. BLOOMBERG, in his official capacity as Mayor of the City of New York; RAYMOND W. KELLY, in his official capacity as Police Commissioner for the City of New York; DAVID COHEN, in his official capacity as Deputy Commissioner of Intelligence for the City of New York,<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>No. 13-cv-03448-PKC-JMA |

**PLEASE TAKE NOTICE** that Ashley M. Gorski is admitted to practice in the Eastern District of New York and hereby appears as counsel of record for Plaintiffs Hamid Hassan Raza, Masjid Al-Ansar, Asad Dandia, Muslims Giving Back, Masjid At-Taqwa, and Mohammad Elshinawy. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: October 8, 2013

                                              */s/ Ashley M. Gorski*
                                              Ashley M. Gorski (AG-1027)
                                              American Civil Liberties Union Foundation
                                              125 Broad Street, 18th Floor
                                              New York, NY 10004
                                              T: 212.284.7305
                                              F: 212.549.2654
                                              agorski@aclu.org

cc: Defendants' Counsel (via ECF)