# Hamid Hassan Raza, et al., v. City of New York, et al.,
## 13 Civ. 3448 (PKC) (JMA)
## Categorical Privilege Log for Redactions Contained in
## April 21, 2014 Production[1]

| Law Enforcement Privilege – Redactions in documents beginning with the following Bates Numbers are based on the Law Enforcement Privilege because disclosure of the information would reveal sources, methods, and/or past or present subjects of investigation. |
|---|
| RAZA-DEF-INSP_00000001 |
| RAZA-DEF-INSP_00000004 |
| RAZA-DEF-INSP_00000006 |
| RAZA-DEF-INSP_00000011 |
| RAZA-DEF-INSP_00000016 |
| RAZA-DEF-INSP_00000021 |
| RAZA-DEF-INSP_00000024 |
| RAZA-DEF-INSP_00000028 |
| RAZA-DEF-INSP_00000032 |
| RAZA-DEF-INSP_00000042 |
| RAZA-DEF-INSP_00000048 |
| RAZA-DEF-INSP_00000057 |
| RAZA-DEF-INSP_00000059 |
| RAZA-DEF-INSP_00000067 |
| RAZA-DEF-INSP_00000076 |
| RAZA-DEF-INSP_00000084 |

---

[1] Categorical Privilege Log was agreed to by plaintiffs' counsel on March 6, 2014.

Raza et al. v. City of New York et al., 13-cv-3448 (PKC/JMA)
Jne 18, 2014 Letter from Beth Haroules to Hon. Joan M. Azrack
EXHIBIT A

| Law Enforcement Privilege. Redactions in documents beginning with the following Bates Numbers are based on the Law Enforcement Privilege because disclosure of the information would reveal sources, methods, and/or past or present subjects of investigation. |
|---|
| RAZA-DEF-INSP_00000095 |
| RAZA-DEF-AEO_00000001 |
| RAZA-DEF-AEO_00000003 |
| RAZA-DEF-AEO_00000005 |
| RAZA-DEF-AEO_00000007 |
| RAZA-DEF-AEO_00000009 |
| RAZA-DEF-AEO_00000011 |
| RAZA-DEF-AEO_00000013 |
| RAZA-DEF-AEO_00000015 |
| RAZA-DEF-AEO_00000017 |
| RAZA-DEF-AEO_00000019 |
| RAZA-DEF-AEO_00000021 |
| RAZA-DEF-AEO_00000023 |
| RAZA-DEF-AEO_00000025 |
| RAZA-DEF-CONF_00000001 |
| RAZA-DEF-CONF_00000018 |
| RAZA-DEF-CONF_00000019 |
| RAZA-DEF-CONF_00000020 |
| RAZA-DEF-CONF_00000021 |
| RAZA-DEF-CONF_00000022 |
| RAZA-DEF-CONF_00000023 |

- 2 -

Raza et al. v. City of New York et al., 13-cv-3448 (PKC/JMA)
Jne 18, 2014 Letter from Beth Haroules to Hon. Joan M. Azrack
EXHIBIT A

| Law Enforcement Privilege – Redactions in documents beginning with the following Bates Numbers are based on the Law Enforcement Privilege because disclosure of the information would reveal sources, methods, and/or past or present subjects of investigation. |
|---|
| RAZA-DEF-CONF_00000024 |
| RAZA-DEF-CONF_00000025 |
| RAZA-DEF-CONF_00000026 |
| RAZA-DEF-CONF_00000027 |
| RAZA-DEF-CONF_00000028 |
| RAZA-DEF-CONF_00000029 |
| RAZA-DEF-CONF_00000030 |
| RAZA-DEF-CONF_00000031 |
| RAZA-DEF-CONF_00000032 |
| RAZA-DEF-CONF_00000033 |
| RAZA-DEF-CONF_00000034 |
| RAZA-DEF-CONF_00000035 |
| RAZA-DEF-CONF_00000036 |
| RAZA-DEF-CONF_00000037 |
| RAZA-DEF-CONF_00000038 |
| RAZA-DEF-CONF_00000039 |
| RAZA-DEF-CONF_00000040 |
| RAZA-DEF-CONF_00000041 |
| RAZA-DEF-CONF_00000042 |
| RAZA-DEF-CONF_00000043 |
| RAZA-DEF-CONF_00000044 |

- 3 -

Raza et al. v. City of New York et al., 13-cv-3448 (PKC/JMA)
Jne 18, 2014 Letter from Beth Haroules to Hon. Joan M. Azrack
EXHIBIT A

| Law Enforcement Privilege - Redactions in documents beginning with the following Bates Numbers are based on the Law Enforcement Privilege because disclosure of the information would reveal sources, methods, and/or past or present subjects of investigation. |
|---|
| RAZA-DEF-CONF_00000045 |
| RAZA-DEF-CONF_00000046 |
| RAZA-DEF-CONF_00000047 |
| RAZA-DEF-CONF_00000048 |
| RAZA-DEF-CONF_00000049 |

| Documents Beginning With The Following Bates Numbers have been redacted to protect the Privacy of persons or entities referenced therein. |
|---|
| RAZA-DEF-INSP_00000001 |
| RAZA-DEF-INSP_00000004 |
| RAZA-DEF-INSP_00000006 |
| RAZA-DEF-INSP_00000011 |
| RAZA-DEF-INSP_00000016 |
| RAZA-DEF-INSP_00000021 |
| RAZA-DEF-INSP_00000024 |
| RAZA-DEF-INSP_00000028 |
| RAZA-DEF-INSP_00000032 |
| RAZA-DEF-INSP_00000042 |
| RAZA-DEF-INSP_00000048 |
| RAZA-DEF-INSP_00000057 |
| RAZA-DEF-INSP_00000059 |

- 4 -

Raza et al. v. City of New York et al., 13-cv-3448 (PKC/JMA)
Jne 18, 2014 Letter from Beth Haroules to Hon. Joan M. Azrack
EXHIBIT A

| Documents Beginning With The Following Bates Numbers have been redacted to protect the Privacy of persons or entities referenced therein. |
|---|
| RAZA-DEF-INSP_00000067 |
| RAZA-DEF-INSP_00000076 |
| RAZA-DEF-INSP_00000084 |
| RAZA-DEF-INSP_00000095 |
| RAZA-DEF-AEO_00000001 |
| RAZA-DEF-AEO_00000003 |
| RAZA-DEF-AEO_00000005 |
| RAZA-DEF-AEO_00000007 |
| RAZA-DEF-AEO_00000009 |
| RAZA-DEF-AEO_00000011 |
| RAZA-DEF-AEO_00000013 |
| RAZA-DEF-AEO_00000015 |
| RAZA-DEF-AEO_00000017 |
| RAZA-DEF-AEO_00000019 |
| RAZA-DEF-AEO_00000021 |
| RAZA-DEF-AEO_00000023 |
| RAZA-DEF-AEO_00000025 |
| RAZA-DEF-CONF_00000018 |
| RAZA-DEF-CONF_00000019 |
| RAZA-DEF-CONF_00000021 |
| RAZA-DEF-CONF_00000022 |
| RAZA-DEF-CONF_00000023 |

- 5 -

Raza et al. v. City of New York et al., 13-cv-3448 (PKC/JMA)
Jne 18, 2014 Letter from Beth Haroules to Hon. Joan M. Azrack
EXHIBIT A

| Documents Beginning With The Following Bates Numbers have been redacted to protect the Privacy of persons or entities referenced therein. |
|---|
| RAZA-DEF-CONF_00000024 |
| RAZA-DEF-CONF_00000031 |
| RAZA-DEF-CONF_00000032 |
| RAZA-DEF-CONF_00000033 |
| RAZA-DEF-CONF_00000035 |
| RAZA-DEF-CONF_00000036 |
| RAZA-DEF-CONF_00000042 |
| RAZA-DEF-CONF_00000044 |
| RAZA-DEF-CONF_00000045 |
| RAZA-DEF-CONF_00000046 |
| RAZA-DEF-CONF_00000047 |
| RAZA-DEF-CONF_00000049 |

- 6 -

Raza et al. v. City of New York et al., 13-cv-3448 (PKC/JMA)
Jne 18, 2014 Letter from Beth Haroules to Hon. Joan M. Azrack
EXHIBIT A