**MINUTE ENTRY**

**JOAN M. AZRACK, USMJ**  **DATE:** __June 19, 2014__

**DOCKET: 13-CV-3448 (PKC)**  **CASE:** __Raza v. City of New York__

X TELEPHONE  ❏ IN-PERSON

**CIVIL CAUSE FOR:**

❏ INITIAL CONF.  ❏ STATUS CONF.  ❏ SETTLEMENT CONF.  X DISCOVERY CONF.

❏ OTHER: _____

Time in court:  ❏ 15  ❏ 30  ❏ 45  X 60  ❏ Other: ___

FOR PLAINTIFF:  Hina Shamsi   Beth Haroules  Kyle Mooney

FOR DEFENDANT:  Alexis Leist   Cheryl Shammas   Anthony DiSenso

*Order(s):*

-Defendants to provide a Rule 26 compliant privilege log by July 7, 2014. Defendants to provide a supporting declaration for the revised privilege log by July 14, 2014.

-Decision reserved on all other issues.

Next conference on _____  ❏ Telephone  ❏ In-Person