

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Peter G. Farrell**
*Deputy Division Chief*
Tel: (212) 356-3532
Fax: (212) 356-3509

June 19, 2015

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Raza et al v. City of New York et al, 13 Civ. 3448 (PKC) (JO)

Dear Judge Orenstein:

    Pursuant to the Court's June 1st Order, defendants write on behalf of both parties in this matter to provide a status report concerning the parties' settlement efforts. The parties have reached a settlement in principle. The terms of the settlement in principle remain confidential under the governing confidentiality order in this case.

    The settlement in principle is contingent upon several additional details being worked out and upon plaintiffs' counsel consulting with their clients regarding the specific negotiated terms and language of the settlement (and some of the details of the back and forth negotiation) which they have been heretofore prohibited from doing under the terms of the court-ordered confidentiality provisions governing the settlement process. To that end, the parties will hereafter seek modification of the confidentiality order and anticipate submitting that application to the Court by June 29, 2015.

    In order to allow time for the settlement process to continue after this expected modification, the parties respectfully request that they submit the next status report to the Court by July 31, 2015 and that the stay of discovery be continued. We appreciate the Court's attention to this matter.

Respectfully Submitted,
/s
Peter G. Farrell

cc: The Honorable Pamela K. Chen (by ECF)
    Plaintiffs' Counsel (by ECF)