

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY  10007 | **Peter G. Farrell**<br>*Deputy Division Chief*<br>Tel: (212) 356-3532<br>Fax: (212) 356-3509 |

August 31, 2015

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>Raza et al v. City of New York et al</u>, 13 Civ. 3448 (PKC) (JO)

Dear Judge Orenstein:

      Pursuant to the Court's July 31st Order, defendants write on behalf of both parties in this matter to provide a status report concerning the parties' settlement efforts and to request an extension of the existing stay until October 1, 2015.

      As you know, the parties have reached a settlement in principle which is contingent upon several additional details being worked out.  Towards that end, the parties' met on August 20th and have continued their efforts to reach agreement and finalize the few remaining discrete items.

      In order to allow for the parties to finalize the remaining items, the parties respectfully request that the stay in this matter be extended to October 1, 2015.

      We appreciate the Court's attention to this matter.

                                            Respectfully Submitted,
                                            _____/s_____
                                            Peter G. Farrell

cc: The Honorable Pamela K. Chen (by ECF)
    Plaintiffs' Counsel (by ECF)