UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMID HASSAN RAZA; MASJID AL-ANSAR; ASAD DANDIA; MUSLIMS GIVING BACK; MASJID AT-TAQWA; MOHAMMAD ELSHINAWY,<br><br>                    Plaintiffs,<br><br>   v.<br><br>CITY OF NEW YORK; MICHAEL R. BLOOMBERG, in his official capacity as Mayor of the City of New York; RAYMOND W. KELLY, in his official capacity as Police Commissioner for the City of New York; DAVID COHEN, in his official capacity as Deputy Commissioner of Intelligence for the City of New York,<br><br>                    Defendants. | Case No. 13-CV-03448 (PKC) (JO)<br><br>**AFFIRMATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

I, KIERSTEN A. FLETCHER, ESQ., an attorney authorized to practice law in the State of New York and the U.S. District Court for the Eastern District of New York, hereby affirm under the penalties of perjury as follows:

1.  I am an associate with the law firm Morrison & Foerster LLP. Pursuant to Local Civil Rule 1.4, I submit this affirmation in support of my withdrawal from the above referenced action.

2.  Plaintiffs Hamid Hassan Raza, Masjid Al-Ansar, Asad Dandia, Muslims Giving Back, Masjid At-Taqwa and Mohammad Elshinawy will continue to be represented by Arthur N. Eisenberg, Beth Haroules and Mariko Hirose of the New York Civil Liberties Union Foundation,

2

Ashley M. Gorski, Patrick C. Toomey and Hina Shamsi of the American Civil Liberties Union, David Scannell, Hector Gallegos, Kyle W.K. Mooney, Joshua Hartman and Adam J. Hunt of Morrison & Foerster LLP, and Diala Shamas and Ramzi Kassem of the CUNY School of Law.

3. I hereby certify that my withdrawal will not cause or result in any delay or prejudice.

Dated: New York, New York
December 15, 2015

MORRISON & FOERSTER LLP

By: ___s/ Kiersten A. Fletcher_____
Kiersten A. Fletcher, Esq.
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: KFletcher@mofo.com

*Attorneys for Plaintiffs*